STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Terrence Jude Lestelle
Lestelle & Lestelle
3421 N. Causeway, Suite 602
Metairie LA 70002

Andrea Suchermann Lestelle
Lestelle & Lestelle
3421 N. Causeway Blvd, Ste 602
Metairie LA 70002

Richard M. Morgain
Lestelle & Lestelle, APLC
3421 N. Causeway Blvd, Ste 602
Metairie LA 70002

Stephen Drexel Ridley
Attorney at Law
307 Marguerite Road
Metairie LA 70003

Jeffery B. Stuckoff
Lestelle & Lestelle
3421 N. Causeway Blvd, Ste 602
Metairie LA 70002


**REHEARING ACTION: April 13, 2011**


**Docket Number: 10  01362-CA**

**TABATHA NOLAN, ET AL.**
**VERSUS**
**AUDUBON INS. GROUP, ET AL.**

**Appealed from Acadia Parish Case No. 80,866**


**BEFORE JUDGES:**

> **Hon. Billy Howard Ezell**
> **Hon. J. David Painter**
> **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Nolan, et al** has this day been

> **DENIED.**
> Genovese, J., would grant rehearing.


cc: Robin Catherine O'Bannon, Counsel for the Appellee
    Gregory John McDonald, Counsel for the Appellee